UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA, *et al.*,<br><br>Plaintiffs,<br>vs.<br><br>INFINITY I & D, INC.,<br><br>Defendant. | Case No.: 2:19-cv-00685-GMN-BNW<br><br>**ORDER** |

Pending before the Court is the Report and Recommendation of United States Magistrate Judge Brenda Weksler, (ECF No. 10), which recommends that the Court grant the Motion for Default Judgment, (ECF No. 9), filed by Plaintiffs Boards of Trustees of the Teamsters Local 631 Security Fund for Southern Nevada and Teamsters Convention Industry Training Fund ("Plaintiffs") against Defendant Infinity I&D, Inc. ("Infinity").

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. Local R. IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made. *Id*. The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. Local R. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114,

1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed. (*See* Min. Order, ECF No. 10) (setting a January 21, 2020 deadline for objections)

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 10), is **ADOPTED in full**.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Default Judgment, (ECF No. 9), is **GRANTED**.

The Clerk of Court is instructed to enter judgment accordingly and close the case.

**DATED** this __14__ day of February, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court