# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Board of Trustees of the Teamsters Local 631 Security Fund for Southern Nevada et al
   Plaintiffs,
   v.

Infinity I & D, Inc.

   Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number:  2:19-cv-00685-GMN-BNW

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Plaintiffs and against Defendant.

2/18/2020
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk